# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__New England Environmental Technologies,__
　　　　　　**Plaintiff**

**V.**

__American Safety Risk Retention Group, Inc., et al.,__
　　　　　　**Defendant**

**CIVIL ACTION**

**NO.  09-10632**

## JUDGMENT

__Gorton.  D. J.__

In accordance with the Court's Memorandum and Order dated __September 15. 2010__ granting motions for summary judgment (docket no. 14 and docket no. 18) in the above-entitled action, it is hereby ORDERED:

　　Judgment for the __Plaintiff as to Counts I and II__

　　Judgment for the __Defendant as to Count III__

　　　　　　　　　　　　　　　　By the Court,

__9/17/10__　　　　　　　　　　　　　/s/Craig J. Nicewicz
**Date**　　　　　　　　　　　　　　**Deputy Clerk**

(Judgment for SJ.wpd - 12/98)